UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:25-cr-00179-MC |
| v. | INFORMATION |
| JOSE SOTELO-PALMA, | 8 U.S.C. § 1326(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
(Illegal Reentry)
(8 U.S.C. § 1326(a))

On or about April 17, 2025, in the District of Oregon, the defendant, **JOSE SOTELO-PALMA**, an alien and citizen of Mexico, was found in the United States having previously been arrested and denied admission, excluded, deported, and removed from the United States as an alien most recently on June 22, 2005, and defendant having knowingly and unlawfully reentered, without the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to his reapplying for admission into the United States from a place outside the United States;

Information                                                                                              Page 1

In violation of Title 8, United States Code, Section 1326(a).

Dated: April 28, 2025

                                                Respectfully submitted,

                                                WILLIAM M. NARUS, CAB #243633
                                                Acting United States Attorney

                                                *s/ John C. Brassell*
                                                JOHN C. BRASSELL
                                                Assistant United States Attorney